**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, HERBERT S. OLSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. OLSON,<br><br>   Plaintiff,<br><br>v.<br><br>FOUR CORNERS BUILDERS SUPPLY, INC., a California corporation, dba FOUR CORNERS TRUE VALUE, BRIAN WARDALL, TRUSTEE OF THE BRIAN WARDALL REVOCABLE TRUST OF 2004, and DOES ONE to FIFTY, inclusive,<br><br>   Defendants. | Case No. C 08-1439 WHA<br><br>**DECLARATION OF LOST SUMMONS** |

On March 13, 2008, the Court filed the Complaint in the within matter and issued a summons to Defendants to be returned to Plaintiff's counsel office for service of process in a priority mailing envelope provided to the Court by Plaintiff's Counsel. The packet of filed documents and issued summons has evidently been lost in the US Mail as it has never been received by this office.

Plaintiff requests the Court reissue a Summons in the within matter for service upon Defendants.

                                                                **SINGLETON LAW GROUP**

Dated:     April 4, 2008             /s/ Jason K. Singleton
                                                  Jason K. Singleton, Attorneys for Plaintiff,
                                                  **HERBERT S. OLSON**

Declaration of Lost Summons                     1                    C 08-1439 WHA